**People of the State of Illinois, Plaintiff-Appellee, v. William Quinley, Defendant-Appellant.**

Gen. No. 54,158.

First District, Second Division.

July 7, 1970.

Gerald W. Getty, Public Defender of Cook County, of Chicago, for appellant; Edward V. Hanrahan, State's Attorney of Cook County, of Chicago, for appellee. Opinion by JUSTICE LYONS. Not to be published in full.